## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                   No. 4:11-cv-370-DPM

TERRY LYNNE LYONS; JUDY ANN
LYONS, his spouse; ARKANSAS
DEPARTMENT OF FINANCE &
ADMINISTRATION, Commissioner
of Revenues; FIRST SECURITY BANK;
and ARKANSAS CHILD SUPPORT
ENFORCEMENT OFFICE                                               DEFENDANTS

### ORDER

The Court appreciates the proposed Judgment, to which all the answering parties have agreed. Service was good on Judy Lyons. *Document No. 5-1.* But she, rather than her husband, Terry Lynne Lyons, appears to have received the suit papers meant for him. *Document No. 5-1.* The Court is also unable to conclude, without more by way of explanation, that service was good on the Office of Child Support Enforcement when the complaint and summons were received by a person other than the Administrator.

The United States must therefore by 20 June 2012 explain in terms of Rule of Civil Procedure 4 why good service exists on Mr. Lyons and the OCSE, supplementing the record if need be.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_11 June 2012_