IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          No. 4:11-cv-370-DPM

TERRY LYNNE LYONS; JUDY ANN
LYONS; ARKANSAS DEPARTMENT OF
FINANCE & ADMINISTRATION; FIRST
SECURITY BANK; and ARKANSAS CHILD
SUPPORT ENFORCEMENT OFFICE                                        DEFENDANTS

ORDER

In response to the Court's 11 June 2012 Order, *Document No. 15*, the Government has provided additional documentation showing that it made good service on the Arkansas Office of Child Support Enforcement. *Document Nos. 16 & 17.* The Government acknowledges, however, that it did not properly serve Terry Lynne Lyons and asks the Court to extend its time to serve Mr. Lyons. *Document No. 17.* For good cause shown, the Government has until 2 August 2012 to serve Mr. Lyons properly. FED. R. CIV. P. 4(m). The Government's motion for default judgment, *Document No. 14*, is denied

without prejudice. The particulars of any decree will have to be revised no matter which way the case turns.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 July 2012