IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          No. 4:11-cv-370-DPM

TERRY LYNNE LYONS;
JUDY ANN LYONS, his spouse;
STATE OF ARKANSAS, acting by and
through the Department of Finance and
Administration, COMMISSIONER OF
REVENUES; FIRST SECURITY BANK,
and STATE OF ARKANSAS, Office of
Child Support Enforcement                                         DEFENDANTS

## ORDER

The renewed motion for default judgment, *Document No. 20*, is granted as to Terry Lynne Lyons, Judy Ann Lyons, his spouse, and the State of Arkansas, Office of Child Support Enforcement. The Court appreciates the supplemental information, *Document No. 22*, about service on Terry Lynne Lyons. It was good service, which is now clear. The remaining defendants, State of Arkansas, Department of Finance & Administration, Commissioner of Revenues, and First Security Bank of Searcy, Arkansas, have filed answers and consented to judgment *in rem*. These defendants approved the United

States' previously submitted decree of foreclosure and do not dispute the priority of the United States' mortgage on the subject property. The United States is directed to submit a foreclosure decree for the Court's approval and use in entering judgment *in rem.*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 September 2012